03-15-00730-CR, 03-15-00731-CR & 03-15-00732-CR

SHONNA K. CASTILLO, CSR, RPR
OFFICIAL COURT REPORTER
167th DISTRICT COURT
TRAVIS COUNTY, TEXAS

December 4, 2015

TO:   COURT OF APPEALS, THIRD DISTRICT
Attn: Jeffrey D. Kyle, Clerk

RE:   COURT OF APPEALS NOS. 03-15-00730-CR, 03-15-00731-CR, 03-15-00732-CR
Trial Court Cause Numbers: D-1-DC-14-301864, 14-302145, 14-302146
Meagan Work

Dear Sir,

I am writing to request an extension on the above-mentioned cases. I will need a 10-day extension to complete the Reporter's Record. I received the notice on 11-23-15 and the record was due 11-30-15. There are three and a half full afternoons of testimony of 13 witnesses and 46 exhibits. I thank you for your attention to this matter.

Sincerely,

/s/ Shonna K. Castillo

Shonna K. Castillo
Official Court Reporter
167th District Court
P.O. Box 1748
Austin, TX 78767
512-854-9482 office
shonna.castillo@traviscountytx.gov